JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-00737-JWH (SHKx)** | Date | November 10, 2021 |
| Title | *Craig Ramsay v. Moseley Road, Inc., et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 2, 2021, the Court issued an order directing Plaintiff to show cause, in writing, on or before 12:00 noon on August 16, 2021, why this action should not be dismissed for lack of prosecution [ECF No. 10]. On August 16, 2021, counsel for Plaintiff filed a Response to Order to Show Cause [ECF No. 12] informing the Court of the issues with service of process and of the changes within counsel's law firm. In addition, counsel filed a renewed Request for Clerk to Issue Summons and Complaint [ECF No. 11] with respect to both defendants. On August 26, 2021, the Clerk issued both summonses. On September 8, 2021, counsel filed a Declaration of Non-Service [ECF No. 15] indicating a service attempt was made on Defendant Sean Moore; however, the process server was unable to effect service.

As of today's date, Plaintiff has not filed (a) any further request for relief with respect to Defendant Sean Moore; (b) a Proof of Service of Summons and Complaint as to Defendant Moseley Road, Inc.; or (c) a motion for alternate relief. Accordingly, on its own motion, pursuant to Rule 4(m) of the Federal Rules of

Civil Procedure, the Court hereby **DISMISSES** this case for lack of prosecution. The Clerk is **DIRECTED** to close the case.

    **IT IS SO ORDERED.**